**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2012 APR 11 PM 2: 10

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA :
: Case No: 2:12-cr- 48 -FtM-29SPC
v. :
: 49 U.S.C. § 46504
PEGGY S. ALBEDHADY-SANCHEZ :

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about March 27, 2012, in the Special Aircraft Jurisdiction of the United States and arriving at Fort Myers, in the Middle District of Florida,

PEGGY S. ALBEDHADY-SANCHEZ,

defendant herein, did knowingly assault and intimidate flight crew members and flight attendants, namely CPK, CY and BP, on board U.S. Airways flight 1697, an aircraft in flight from Newark, New Jersey, to the Southwest Florida International Airport in the Middle District of Florida, and did thereby interfere with the performance of the duties of said flight crew members and attendants and lessen their ability to perform their duties as flight crew members and attendants.

In violation of Title 49, United States Code, Section 46504.

## FORFEITURES

1.  The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.  From her engagement in the violation alleged in Count One of this Indictment, punishable by imprisonment for more than one year, the defendant, PEGGY

S. ALBEDHADY-SANCHEZ, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all of her interest in any property, real or personal, constituting or derived from proceeds obtained directly or indirectly as a result of the said violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

Date: 4/11/12

A TRUE BILL,

_____
FOREPERSON

ROBERT E. O'NEILL
United States Attorney

By: _____
JEFFREY F. MICHELLAND
Assistant United States Attorney
Trial Counsel

By: _____
YOLANDE G. VIACAVA
Assistant United States Attorney

By: _____
NICOLE H. WAID
Assistant United States Attorney
Chief, Fort Myers Division

# UNITED STATES DISTRICT COURT

Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

PEGGY S. ALBEDHADY-SANCHEZ

## INDICTMENT

Violations:

49 U.S.C. § 46504

A true bill,

_____
Foreperson

Filed in open court this 11th day

of April, A.D. 2012.

_____
Clerk

Bail $_____